IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0192

IN THE MATTERS OF:

C.H., N.H., M.H.,

     Youths in Need of Care.

_____

**ORDER GRANTING EXTENSION OF TIME**
_____

Upon consideration of Appellant Father's Unopposed Motion for First Extension of Time, Appellant's motion is GRANTED and Father's Opening Brief shall be filed on or before July 10, 2020. No further extensions shall be granted.

Signed and dated as indicated below.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 8 2020